**Kamil A. MESAYS, Plaintiff— Appellant,**

v.

**David H. HUGEL, Administrator Maryland Motor Vehicle Administration, Defendant—Appellee.**

**No. 04–1723.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 17, 2004.

Decided Oct. 18, 2004.

Kamil A. Mesays, Appellant pro se.

Before NIEMEYER, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kamil A. Mesays appeals the district court's order dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mesays v. Hugel,* No. CA–04–1570–RDB (D.Md. May 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*